UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mohamed Abdalla Mahmoud,<br><br>                    Petitioner<br><br>v.<br><br>Brian Williams,<br><br>                    Respondent | Case No.: 2:23-cv-01123-CDS-DJA<br><br>**Order Instructing Petitioner to File an IFP Application or Pay the Filing Fee**<br><br>[ECF No. 1] |

Petitioner Mohamed Abdalla Mahmoud, a *pro se* Nevada prisoner, has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP").

Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

Petitioner will have 45 days from the date of this order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

I THEREFORE ORDER that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this order.

The Clerk of Court is instructed to send petitioner a blank form IFP application for incarcerated litigants along with instructions, and a copy of this order.

I further order that, within 45 days of the date of this order, petitioner must file an IFP application that includes a: (a) financial certificate signed by petitioner and an authorized prison official, (b) financial declaration and acknowledgement signed by petitioner, and (c) copy of petitioner's inmate account statement for the six-month period prior to filing. Alternatively, petitioner must pay the $5 filing fee within 45 days of the date of this order. If petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

It is further ordered that petitioner's failure to comply with this order within 45 days by either submitting a complete IFP application, or paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED: August 9, 2023

_____
UNITED STATES DISTRICT JUDGE