# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mohamed Abdalla Mahmoud,<br><br>                    Petitioner<br><br>v.<br><br>Brian Williams,<br><br>                    Respondent | Case No.: 2:23-cv-01123-CDS-DJA<br><br>**Order Granting Petitioner's<br>Motion to Extend**<br><br>[ECF No. 4] |

Petitioner Mohamed Abdalla Mahmoud seeks an extension of time to pay the $5 filing fee or submit a complete IFP application with all required documentation. ECF No. 4. I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant petitioner's motion.

I THEREFORE ORDER that petitioner's first motion to extend **[ECF No. 4] is granted**. Petitioner has until November 25, 2023, to pay the $5 filing fee or submit a complete IFP application with all required documentation.

DATED: September 18, 2023

_____
UNITED STATES DISTRICT JUDGE